JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIA MINERO, an individual,

        Plaintiff,

v.

GENERAL MOTORS LLC, a Delaware
Limited Liability Company, and DOES
1 -10, inclusive,

        Defendants.

Case No.:   2:26-cv-00018-SVW-KES

Judge: Hon. Stephen V. Wilson

**[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO REMAND
CASE TO STATE COURT**

# [PROPOSED] ORDER

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: March 2, 2026

_____
Hon. Stephen V. Wilson
United States District Court Judge